DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN L. SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2332

[March 4, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 17-002407CF10A.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Maye v. State*, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *rev. granted* 2024 WL 1796831 (Fla. April 25, 2024); *Wainwright v. State*, 411 So. 3d 392, 399 (Fla. 2025).

GROSS, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***